UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GLENN GALVAN,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>NATIONSTAR MORTGAGE, et al.,<br><br>　　　　　　　　Defendants. | Case No. 3:13-cv-00234-MMD-WGC<br><br>ORDER |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. This Court certifies that any *in forma pauperis* appeal from its order of dismissal and order denying motion for reconsideration would be frivolous pursuant to 28 U.S.C. § 1915(a)(3). Plaintiff's *in forma pauperis* status should be revoked on appeal.

DATED THIS 8th day of September 2014.

　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE